165 So. 110

### Sadie BYRD v. ÆTNA LIFE INS. CO.
### 7 Div. 347.

Supreme Court of Alabama.
Dec. 19, 1935.

Rehearing Denied Jan. 23, 1936.

Chas. F. Douglass, of Anniston, for petitioner.

London, Yancey, Smith & Windham, of Birmingham, for respondent.

KNIGHT, Justice.

The petition is filed by Sadie Byrd for writ of certiorari to the Court of Appeals to review and revise the opinion and judgment of that court in the case of Byrd v. Ætna Life Ins. Co., 165 So. 109.

Writ denied.

GARDNER, BOULDIN, and FOSTER, JJ., concur.